**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Marivel Otilia Lopez-Garcia,

Petitioner,

v.

Markwayne Mullin, et al.,

Respondents.

No. CV-26-06022-PHX-DWL

**ORDER**

On August 25, 2026, Petitioner filed this action under 28 U.S.C. § 2241 challenging her immigration detention. (Doc. 1.) Pursuant to General Order 26-09, Respondents were ordered to show cause why the Petition should not be granted. (Doc. 3.) In their Response, Respondents state: "Respondents do not oppose the habeas petition or Petitioner's requested relief for release from custody." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to her request for release from custody. The remainder of the Petition is denied as moot.

(2) Respondents must immediately release Petitioner from custody under the same conditions that existed before her detention.

(3) Respondents must provide a notice of compliance within **two days** of this Order.

. . . .

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 2nd day of September, 2026.

Dominic W. Lanza
United States District Judge